IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| HOLLY LYNN COMISH,<br><br>                Plaintiff,<br>v.<br><br>DAVIS BEHAVIORAL HEALTH, JULANA NOEL SCHENK, M.D., and JEFFREY M. DALLEY, LCSW,<br>                Defendant. | REPORT & RECOMMENDATION<br><br>Case No. 1:11-cv-00171<br><br>District Judge David Nuffer<br><br>Magistrate Judge Brooke Wells |

      Before the court is a Complaint filed on December 14, 2011 by Holly Lynn Comish, a pro se plaintiff (hereinafter referred to as "Plaintiff") proceeding *in forma pauperis* ("IFP").[1] On March 14, 2012, the Court mailed a "Notice of ADR" to Ms. Comish's address on file with the Court and the notice was returned as undeliverable by the postal service.[2] On March 15, 2012, Plaintiff's address was updated to a different address per a Docket Text Order issued by Judge Nuffer.[3] On July 2, 2012, mail to Plaintiff, including the Amended Notice of Initial Pretrial Conference was again returned to the Court as undeliverable and was not able to be forwarded as the Court had not received an updated address for the Plaintiff.[4] As of the date of this Report & Recommendation, the Court has still not received an updated address for Ms. Comish.

      DUCivR 83-1.3(e) of the United States District Court for the District of Utah's Rules of Practice states that "[i]n all cases,…parties appearing pro se must notify the clerk's office immediately of any change of address, email address or telephone number." Here, Ms. Comish

---

[1] Docket No. 2. Also, currently pending before the Court is Defendants' Motion for Guardian Ad Litem. Docket No. 13.

[2] Docket No. 15.

[3] Docket No. 16.

[4] Docket No. 26.

has failed to follow this rule and keep the Court advised of a change of her address. Consequently, it is the recommendation of this Court that the Plaintiff's Complaint be dismissed without prejudice.

DATED this 6th day of August, 2012.

_Brooke C. Wells_
Brooke C. Wells
United States Magistrate Judge