IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HOLLY LYNN COMISH,<br><br>            Plaintiff,<br>v.<br><br>DAVIS BEHAVIORAL HEALTH, JULANA NOEL SCHENK, M.D., and JEFFREY M. DALLEY, LCSW,<br>            Defendants. | MEMORANDUM DECISION and ORDER ADOPTING REPORT & RECOMMENDATION and DISMISSING CASE WITHOUT PREJUDICE<br><br>Case No. 1:11-CV-171-DN-BCW<br><br>District Judge David Nuffer |

On August 6, 2012, Magistrate Judge Brooke Wells issued a Report and Recommendation[1] that this Court dismiss Plaintiff's Complaint[2] without prejudice. In accordance with Rule 72(b), the parties have been given 14 days to "file specific written objections to the proposed findings and recommendations."[3] Neither party has filed an objection.

Having reviewed all relevant materials, including the reasoning set forth in the magistrate judge's Report and Recommendation, the court adopts the Report and Recommendation.

---

[1] Docket no. 29.

[2] Docket no. 3.

[3] Fed. R. Civ. P 72(b)(2).

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

IT IS FURTHER ORDERED that the Complaint is DISMISSED WITHOUT PREJUDICE.  The Clerk is directed to close the case.

Dated August 23, 2012.

                                        BY THE COURT:

                                        _____
                                        David Nuffer
                                        United States District Judge